Rene L. Valladares
Federal Public Defender
Nevada State Bar No. 11479
*Aarin E. Kevorkian
Assistant Federal Public Defender
Nevada State Bar No. 14556
411 E. Bonneville Ave., Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Aarin_Kevorkian@fd.org

*Attorney for Petitioner Guadalupe Camarillo Guarneros

# United States District Court
# District of Nevada

Guadalupe Camarillo Guarneros,

Petitioner,

v.

Todd Blanche, *et al.*,

Respondents.

Case No. 2:26-cv-02652-CDS-MDC

**Order Approving Stipulation to Extend Time to File First Amended Petition (First Request)**

[ECF No. 7]

Petitioner Guadalupe Camarillo Guarneros and Respondents, Todd Blanche, *et al.*, through undersigned counsel, hereby submit this Stipulation for a one-week extension of time for Petitioner to file an amended petition for writ of habeas corpus or a motion to dismiss, moving the deadline from September 14, 2026, to September 21, 2026. This extension is warranted because counsel for Petitioner needs additional time to review, research, and evaluate information recently received from Respondents, as well as discuss this information with her client.

On September 11, 2026, undersigned counsel conferred with counsel for Respondents, Special Assistant United States Attorney Martin Mayer, who does not oppose this one-week extension.

Accordingly, the parties respectfully request that the Court approve this stipulation and extend the deadline for Mr. Camarillo Guarneros to file an amended petition to September 21, 2026.

Respectfully submitted this 11th day of September, 2026.

TODD BLANCHE
Attorney General of the United States
SIGAL CHATTAH, First Assistant United States Attorney

/s/ *Martin Mayer*
Martin Mayer
Special Assistant United States Attorney

RENE L. VALLADARES
Federal Public Defender

*/s/ Aarin E. Kevorkian*
Aarin E. Kevorkian
Assistant Federal Public Defender

IT IS SO ORDERED:

UNITED STATE DISTRICT JUDGE

DATED: September 11, 2026